IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CURTIS SWYGERT,**<br><br>Plaintiff,<br><br>v.<br><br>**MARTIN VEAL, et al.,**<br><br>Defendants. | 2:06-CV-0725 LKK PAN PC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's complaint was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 60-day extension of time, from the date of service of this order, to file their response to Plaintiff's complaint.

DATED:  September 18, 2006.

UNITED STATES MAGISTRATE JUDGE

14
swyg0725.eot