IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CURTIS SWYGERT,**<br><br>                                                 Plaintiff,<br><br>v.<br><br>**MARTIN VEAL, et al.,**<br><br>                                                 Defendants. | CIV S-06-0725 LKK EFB P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' second request for an extension of time to file a responsive pleading to plaintiff's complaint was considered by this court and, good cause appearing,

IT IS HEREBY ORDERED that defendants have a 30-day extension of time, from the date of service of this order, to file their response to plaintiff's complaint.

Dated:   November 29, 2006.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE