IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SWYGERT,

        Plaintiff,                      No. CIV S-06-0725 ALA P

vs.

MARTIN VEAL, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On November 7, 2006, Plaintiff filed a Motion for a Preliminary Injunction. On December 26, 2006, Defendants filed a Motion to Dismiss. On January 16, 2007, Plaintiff filed an Opposition to the Motion to Dismiss.

        **Accordingly, IT IS HEREBY ORDERED that:**

1. Defendants are directed to file a response to Plaintiff's Motion for a Preliminary Injunction within 21 days of the date of this order.

2. Defendants are directed to file a response to Plaintiff's Opposition to the Motion to Dismiss within 21 days of the date of this order.

DATED: December 11, 2007

                                               /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
                                               Sitting by Designation