IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CURTIS SWYGERT,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**MARTIN VEAL, et al.,**<br><br>                              Defendants. | CIV S-06-0725 ALA P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

   Defendants' first request for an extension of time to response to Plaintiff's motion for preliminary injunction was considered by this Court and, good cause appearing,

   IT IS HEREBY ORDERED that Defendants have a 30-day extension, from the date of service of this order, to respond to Plaintiff's motion for preliminary injunction, as directed by the order of December 11, 2007.

DATED: December 27, 2007

                                                            /s/ Arthur L. Alarcón
                                                            UNITED STATES CIRCUIT JUDGE
                                                            Sitting by Designation