IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SWYGERT,

      Plaintiff,                         No. CIV S-06-0725 ALA P

      vs.

MARTIN VEAL, et al.,

      Defendants.                 ORDER

_____/

      Plaintiff Curtis Swygert is proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On November 7, 2006, plaintiff filed a motion for a preliminary injunction. On January 25, 2008, defendants filed an opposition to plaintiff's motion for preliminary injunction. The court requests plaintiff file a reply to defendant's opposition prior to issuing a ruling.

      Accordingly, IT IS HEREBY ORDERED that plaintiff file a reply to defendant's January 25, 2008, opposition to plaintiff's motion for preliminary injunction within thirty-five (35) days of the date of this order.

DATED: January 29, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation