IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SWYGERT,

      Plaintiff,                    Case No. 2:06-CV-00725 ALA ( P)

      vs.

MARTIN VEAL, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff Curtis Swygert proceeds *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On June 18, 2008, Plaintiff filed a Motion for an Extension of Time to respond to Defendants' request for documents. (Doc. 37). Plaintiff also filed a Motion to Compel Discovery and a Motion for an Extension of Time to file a Pretrial Statement and other pretrial motions on June 19, 2008. (Doc. 38).

      Defendants filed a Motion for Summary Judgment on June 20, 2008. (Doc. 39).

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff file the documents requested by Defendants on or before July 8, 2008;

      2. Defendants file a response to Plaintiff's Motion to Compel discovery on or before July 8, 2008;

      3. Plaintiff file a response to Defendants' Motion for Summary Judgment on or before

1

1  August 4, 2008;

2      4.  Plaintiff file a Pretrial Statement on or before July 28, 2008, thereby amending the

3  date prescribed by the Scheduling Order (Doc. 36);

4      5.  Defendants file a Pretrial Statement on or before August 11, 2008, thereby amending

5  the date prescribed by the Scheduling Order (Doc. 36); and

6      6.  This Court will consider additional requests for pretrial motions on a case-by-case

7  basis.

8  /////

9  DATED: June 24, 2008

10                            /s/ Arthur L. Alarcón
                            UNITED STATES CIRCUIT JUDGE

11                              Sitting by Designation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26