IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SWYGERT,

      Plaintiff,                    Case No. 2:06-cv-00725 ALA P

      vs.

MARTIN VEAL, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff Curtis Swygert is a state prisoner proceeding *pro se* and *informa pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff contends that his constitutional rights have been violated because he is being denied Halal-foods and a place of religious worship.

**I**

      On June 18, 2008, Plaintiff filed a "Motion for an Extension of Time to Respond to Defendant's Request for Production of Documents, Set One." (Doc. No. 37). Good cause showing, Plaintiff's motion is GRANTED.

**II**

      On June 16, 2008, Plaintiff filed a document entitled: "Plaintiff's Motion to Compel Discovery; First Request for an Extension of Time to File Pre-Trial Motions(s)." (Doc. No. 38). On July 7, 2008, Defendants filed a response to his motion. (Doc. No. 43). Plaintiff is hereby

1

ordered to file a reply to Defendants' response by July 31, 2008.

On June 20, 2008, Defendants filed a motion for summary judgment. (Doc. No. 39). On June 24, 2008, the Court ordered Plaintiff to file a response to Defendants' motion by August 11, 2008. (Doc. No. 42). Subsequently, Plaintiff filed two additional motions. One July 7, 2008, Plaintiff filed a motion to stay all proceedings. (Doc. No. 44). On July 10, 2008, Plaintiff filed a motion to vacate the scheduling order. (Doc. No. 45). In both motions, Plaintiff argues that he needs the discovery which is at issue in his motion to compel to prepare his case. The Court will defer ruling on either of these motions until after the Court rules on Plaintiff's pending motion to compel. Because Plaintiff has argued that he needs additional discovery to prepare his case, the Court will also grant Plaintiff a fourteen day extension of time to respond to Defendants' motion for summary judgment.

///

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's "Motion for an Extension of Time to Respond to Defendant's Request for Production of Documents, Set One" (Doc. No. 37) is GRANTED.
2. Plaintiff shall file a reply to Defendants' response to his motion to compel discovery (Doc. No. 43) by July 31, 2008.
3. Plaintiff shall respond to Defendants' motion for summary judgment (Doc. No. 39) by August 25, 2008.

///

DATED: July 17, 2008

/s/ Arthur L. Alarcón  
UNITED STATES CIRCUIT JUDGE  
Sitting by Designation