IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**CURTIS SWYGERT,**

Plaintiff,

**v.**

**MARTIN VEAL, et al.,**

Defendants.

2:06-cv-00725 ALA (P)

**ORDER**

Plaintiff Curtis Swygert is proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. There are several motions are pending before this Court.

**I**

On June 19, 2008, Plaintiff filed a motion to compel production of certain documents. (Doc. No. 38). On July 7, 2008, Defendants filed a response in opposition to Plaintiff's motion to compel wherein Defendants contend that they do not have possession, custody, or control the requested documents because none of them works at California Medical Facility (CMF), nor do they have a legal right to the requested documents on demand. (Doc. No. 43). On July 22, 2008, Plaintiff filed a reply to Defendants' response. (Doc. No. 47). After review of the filings, and for the reasons set forth in Defendants' opposition to the motion, the court will DENY Plaintiff's motion to compel.

**II**

On July 7, 2008, Plaintiff filed a "Notice of Motion to 'Stay' All Proceedings, To and Including, This Court Ruling on the Defendants [sic] Motion for Summary Judgment or Plaintiff Having to File an Opposition Thereto; Due to Outstanding Discovery and Bad Faith Litigation Practice." (Doc. No. 44). Plaintiff's motion for a stay of all proceedings filed on July 7, 2008 is DENIED. Because this Court is denying Plaintiff's motion to compel, there is no outstanding discovery and no need to stay or otherwise delay these proceedings.

**III**

On July 10, 2008, Defendants filed a "Motion to Vacate Scheduling Order; Points and Authorities in Support." (Doc. No. 45). Defendants' motion is GRANTED in part as set forth in the revised scheduling order set forth below.

Accordingly, IT IS HEREBY ORDERED that;

1. Plaintiff's June 19, 2008, motion to compel is DENIED. (Doc. No. 38).
2. Plaintiff's motion for a stay of all proceedings filed on July 7, 2008 is DENIED. (Doc. No. 44).
3. Defendants' motion to vacate the scheduling order is GRANTED in part as follows:
    a. The due dates for pretrial statements from this Court's order of June 24, 2008 (Doc. No. 42) are VACATED. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before September 17, 2008. Defendant shall file a pretrial statement on or before October 1, 2008. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action;
    b. Pretrial conference (as described in Local Rule 16-282) is continued in this case to October 15, 2008. The pretrial conference shall be conducted on the file only, without appearance by either party.
    c. The trial date of October 7, 2008 is VACATED;
    d. This matter is now set for jury trial before the Honorable Arthur L. Alarcón on **November 18, 2008 at 9:00 a.m.** in a courtroom to be determined; and,
    e. No other changes are made to the Court's Scheduling Order entered on March 28, 2008 (Doc. No. 36).

/////

DATED: August 4, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation