IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SWYGERT,

      Plaintiff,                    Case No. 2:06-cv-00725 ALA (P)

   vs.

MARTIN VEAL, et al.,

      Defendants.              ORDER

_____/

      Plaintiff Curtis Swygert is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 18, 2008, the Court ordered Plaintiff to file an opposition to Defendants' motion for summary judgment by August 25, 2008. (Doc. 46). Plaintiff has failed to file a timely opposition. Plaintiff is warned that under Local Rule 78-230(m), "[f]ailure of the responding party to file opposition [to a motion for summary judgment] or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." Local Rules of the U.S. District Court, Eastern District of California, Rule 78-230(m).

      Therefore, IT IS HEREBY ORDERED that Plaintiff file an opposition to Defendants' motion for summary judgment on or before September 2, 2008 or Plaintiff will be deemed to have waived any opposition to the granting of the Defendants' motion.

1  DATED: August 26, 2008

2  /s/ Arthur L. Alarcón
   UNITED STATES CIRCUIT JUDGE
3  Sitting by Designation