IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SWYGERT,

      Plaintiff,         Case No. 2:06-cv-00725 ALA P

  vs.

MARTIN VEAL, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Defendants' first request for an extension of time to file a reply brief to Plaintiff's summary judgment opposition was considered by this Court and, good cause appearing,

      IT IS HEREBY ORDERED that Defendants' reply brief be filed on or before September 19, 2008.

/////

DATED: September 5, 2008

                               /s/ Arthur L. Alarcón
                               UNITED STATES CIRCUIT JUDGE
                               Sitting by Designation