IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

      Plaintiff,                      Case No. 2:06-cv-00725 ALA P

      vs.

MARTIN VEAL, et al.,

      Defendants.               ORDER
_____/

      Plaintiff Curtis Lee Swygert ("Swygert") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983 that names Defendants A. Ramirez-Palmer, T. Reagle, Martin Veal, S. O'Ran, N. Grannis, and S. Surges (collectively the "Defendants") in their individual and official capacities. On June 20, 2008, Defendants moved for summary judgment. (No. 39.) Defendants' statement of undisputed facts states that Ramirez-Palmer, Reagle, and Veal were former wardens of the California Medical Facility ("CMF") and that Defendant O'Ran was the former Associate Warden of Central Services at CMF. Defendants argue that the claims for injunctive relief against Ramirez-Palmer, Reagle, Veal, and O'Ran should be dismissed as moot because these individuals no longer work at the CMF and are retired from the California Department of Corrections and Rehabilitation.

///

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, "An action does not abate when a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party." Defendants do not address whether this rule applies in their motion for summary judgment.

Therefore, IT IS HEREBY ORDERED that Defendants file a supplemental brief on or before October 16, 2008 setting forth their position on the following questions:

1. Whether Rule 25(d) of the Federal Rules of Civil Procedure applies in this action;

2. Whether the caption of this matter be amended to replace "Martin Veal" with "Mike Knowles", CMF's current warden; and

3. What effect, if any, Rule 25(d) has on Swygert's claims for injunctive relief.

DATED: October 2, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation