IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

        Plaintiff,                    Case No. 2:06-cv-00725 ALA (P)

        vs.

MARTIN VEAL, et al.,

        Defendants.               <u>ORDER</u>

_____/

      Plaintiff Curtis Lee Swygert ("Swygert") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983 that names Defendants A. Ramirez-Palmer, T. Reagle, Martin Veal, S. O'Ran, N. Grannis, and S. Surges (collectively the "Defendants") in their individual and official capacities seeking injunctive relief and damages. Defendants moved for summary judgment on June 20, 2008 (No. 39). Swygert filed an opposition on September 2, 2008 (No. 51) and Defendants filed a reply on September 19, 2008 (No. 54).

      On October 10, 2008, this Court ordered Defendants file a supplemental brief on or before October 24, 2008 setting forth the legal authority supporting Defendants' position that wardens do not have authority to provide Kosher or Halal foods to Muslim inmates as part of their regular diet. The Court gave Swygert until November 7, 2008 to file a response to

Defendants' supplemental brief.

Trial in the matter was set for November 18, 2008 and the pretrial conference was scheduled for October 15, 2008. Swygert and Defendants filed pretrial statements. (Nos. 55 and 57, respectively.) Swygert also filed a petition for writ of *habeas corpus ad testificandum* to obtain the attendance of witnesses at trial. (No. 56.)

Given that summary judgment briefing is not yet complete, IT IS HEREBY ORDERED that:

    1. The pretrial conference date is VACATED. A new pretrial conference date will be set by the Court in a subsequent order. Any requirements to file supplemental pretrial statements or motions necessary to obtain the attendance of witnesses will be addressed in the subsequent order setting forth the pretrial conference date.

    2. The trial date of November 18, 2008 is VACATED. If necessary, a new trial date will be set by the Court in a subsequent order.

/////

DATED: October 15, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation