IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

    Plaintiff,

vs.

MARTIN VEAL, *et al.*,

    Defendants.

_____/

Case No. 2:06-cv-00725 ALA (P)

NOTICE OF STATUS CONFERENCE

Pursuant to Eastern District of California Local Rule 16-240, the court orders that a telephonic status conference be held on **April 10, 2009** at **9:00 a.m.** The parties shall make arrangements with a conference call entity for the conference call. The party who makes such arrangements shall file a notice that contains the telephone number and pin number for the call no later than noon on April 3, 2009. The purpose of this conference call is to impress on counsel the need to comply with the July 28, 2009 trial date if this matter has not been disposed of prior to that date by motion or settlement.

/////

/////

/////

/////

1

1  The Court will also inquire of counsel whether they have discussed the possibility of
2 seeking mediation of this dispute by another judge prior to the date set for trial.
3 /////
4 DATED: March 27, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation