IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

         Plaintiff,                   Case No. 2:06-cv-00725 ALA (P)

     vs.

MARTIN VEAL, *et al.*,               NOTICE and ORDER

         Defendants.

_____/

     Please take notice that the location for trial has changed.

     IT IS HEREBY ORDERED that this matter is set for jury trial before the Honorable

Arthur L. Alarcón on July 28, 2009 at 1:30 p.m. in **Courtroom 3**.

/////

DATED: March 27, 2009

                           /s/ Arthur L. Alarcón
                           UNITED STATES CIRCUIT  JUDGE
                           Sitting by Designation