IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE SWYGERT, | |
|     Plaintiff, | Case No. 2:06-cv-00725 ALA (P) |
| vs. | |
| MARTIN VEAL, *et al.*, | AMENDED NOTICE OF STATUS |
|     Defendants. | CONFERENCE |

Pursuant to the Plaintiff's request (Doc. No. 82), the court orders that the telephonic status conference previously ordered (Doc. No. 81) be rescheduled to **April 15, 2009** at **9:00 a.m.** Defendants' counsel shall initiate the conference call by calling Plaintiff's counsel and then calling the court's chambers. On or before April 8, 2009, Plaintiff's counsel shall notify Defendants' counsel of the number where she can be reached for this telephonic status conference.

/////

DATED: April 2, 2009

                                                           /s/ Arthur L. Alarcón
                                                           UNITED STATES CIRCUIT JUDGE
                                                           Sitting by Designation