IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

    Plaintiff,

vs.

KATHLEEN DICKINSON, *et al.*,

    Defendants.

Case No. 2:06-cv-00725 ALA (P)

ORDER

On April 29, 2009, Plaintiff and Defendants filed a joint stipulation agreeing to participate in a mediation in late June 2009 before a magistrate judge. (Doc. No. 86.) This Court was informed that July 8, 2009 was the first available date for a settlement conference. Plaintiff's and Defendants' counsel informed this Court, via telephone, that this date is acceptable.

Accordingly, IT IS HEREBY ORDERED that:

Pursuant to Eastern District of California Local Rule 16-270, a settlement conference shall be held before Magistrate Judge Kimberly J. Mueller on **July 8, 2009** at **1:30 p.m.**

DATED: May 18, 2009

                        /s/ Arthur L. Alarcón
                        UNITED STATES CIRCUIT JUDGE
                        Sitting by Designation