IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE SWYGERT,<br>          Plaintiff,<br>vs.<br><br>KATHLEEN DICKINSON, et al.,<br>          Defendants.<br>_____/ | Case No. 2:06-cv-00725 ALA KJM (P)<br><br><br>**ORDER &** ***WRIT OF HABEAS CORPUS***<br>***AD TESTIFICANDUM*** |

   Prisoner Curtis Swygert, inmate # D-83157, a necessary and material witness in proceedings in this case on July 8, 2009, is confined in the California Medical Facility, 1600 California Drive, Vacaville, California 95696, in the custody of the Warden; in order to secure the inmate's attendance it is necessary that a *Writ of Habeas Corpus ad Testificandum* issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom No. 26, United States Courthouse, 501 I Street, Sacramento, California on **July 8, 2009**, at **1:30 p.m.** and continuing throughout the duration of the mediation.

   ACCORDINGLY, IT IS ORDERED that:

   1. A *Writ of Habeas Corpus ad Testificandum* issue, under the seal of this Court, commanding the Warden to produce the inmate named above in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

   2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

   3. The Clerk of the Court is directed to serve a courtesy copy of this order and *Writ of Habeas Corpus ad Testificandum* on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden of California Medical Facility, 1600 California Drive, Vacaville, California 95696**

   **WE COMMAND** you to produce the inmate named above before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

   **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 3, 2009

                    /s/ Arthur L. Alarcón
                    UNITED STATES CIRCUIT JUDGE
                    Sitting by Designation