IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

    Plaintiff,                    Case No. 2:06-cv-00725 ALA (P)

    vs.

KATHLEEN DICKINSON, et al.,      ORDER

    Defendants.

_____/

    On June 19, 2009, Defendants Veal, Reagle, O'Ran, Surges, Ramirez-Palmer, Grannis, Dickinson, Cate, and the California Department of Corrections and Rehabilitation (collectively, the "Defendants") filed an Amended Pretrial Statement (No. 98). In the pretrial statement, Defendants assert that "Swygert now seeks only injunctive relief." *Id.* at 2. As authority for this proposition, Defendants cite Plaintiff Curtis Lee Swygert's ("Swygert") pretrial statement filed on September 25, 2008 (No. 55). At the time Swygert filed this document, he was proceeding *pro se* and not represented by counsel. This Court appointed counsel on November 26, 2008 (No. 64).

    Accordingly, the Court directs Swygert's counsel to file a supplemental statement, on or before **June 29, 2009**, indicating whether Swygert has, in fact, abandoned his request for

1  damages as to any, or all, Defendants.  Defendants are permitted, but not required, to file any
2  response thereto on or before **July 2, 2009**.
3      **IT IS HEREBY ORDERED** that Swygert's counsel shall file a statement on or before
4  **June 29, 2009** stating whether Swygert seeks damages against any Defendants and, if so, which
5  Defendants.  Defendants may file a response thereto on or before **July 2, 2009**.
6  /////
7  DATED: June 22, 2009

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation