IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

    Plaintiff,                  Case No. 2:06-cv-00725 ALA (P)

    vs.

KATHLEEN DICKINSON, et al.,     ORDER TO SHOW CAUSE

    Defendants.

_____/

    On March 20, 2009, this Court issued an Amended Scheduling Order (doc. 79) setting this matter for trial and ordering Plaintiff to file an amended pretrial statement on or before June 5, 2009.  The Defendants were directed to file an amended pretrial statement on or before June 12, 2009.  Both parties were advised "that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action" (doc. 79 at 6).

    On June 19, 2009, Defendants filed an amended pretrial statement (doc. 98).  On June 29, 2009, in response to this Court's order directing Plaintiff to clarify whether he sought damages (doc. 99), Plaintiff filed a "Pretrial Statement" stating that he did not seek damages and his action was limited to injunctive relief (doc. 100).  Plaintiff's filing did not include any other information and did not contain the information required by Eastern District of California Local Rule 16-281(b) pertaining to pretrial statements.

1    **ACCORDINGLY, IT IS HEREBY ORDERED** that Plaintiff show cause on or before

2    July 13, 2009 as to whether sanctions should be imposed or the matter should be dismissed.

3    Plaintiff is further ORDERED to file forthwith an amended pretrial statement that conforms to

4    Eastern District of California Local Rule 16-281(b).

5    /////

6    DATED: July 9, 2009

7                                                   /s/ Arthur L. Alarcón
                                                    UNITED STATES CIRCUIT JUDGE
8                                                   Sitting by Designation