1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CURTIS LEE SWYGERT,

11          Plaintiff,                    Case No. 2:06-cv-00725 ALA (P)

12        vs.

13   KATHLEEN DICKINSON, *et al.*,        NOTICE OF TELEPHONIC PRETRIAL
                                          CONFERENCE
14          Defendants.

15   _____/

16        Pursuant to this Court's Amended Scheduling Order (doc. 79), the pretrial conference is

17   scheduled to be held July 14, 2009 on the file only.  The Court hereby amends that order and

18   ORDERS that a telephonic pretrial conference be held on **July 14, 2009** at **1:30 p.m.**

19   Defendants' counsel shall initiate the conference call by calling Plaintiff's counsel and then

20   calling the Court's chambers.

21   /////

22   DATED: July 9, 2009

                                          /s/ Arthur L. Alarcón
23                                        UNITED STATES CIRCUIT  JUDGE
                                          Sitting by Designation
24

25

26

                                          1