IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

    Plaintiff,

vs.

KATHLEEN DICKINSON, *et al.*,

    Defendants.

Case No. 2:06-cv-00725 ALA (P)

ORDER

---

On July 9, 2009 this Court issued an Order to Show Cause to Plaintiff (doc. 103). On July 13, 2009, Plaintiff filed a response to the July 9, 2009 Order to Show Cause (doc. 106).

For good cause shown, **IT IS HEREBY ORDERED** that the July 9, 2009 Order to Show Cause is VACATED.

/////

DATED: July 13, 2009

                /s/ Arthur L. Alarcón
                UNITED STATES CIRCUIT JUDGE
                Sitting by Designation