IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

          Plaintiff,                  Case No. 2:06-cv-00725 ALA (P)

      vs.

KATHLEEN DICKINSON, *et al.*,        <u>ORDER</u>

          Defendants.

_____/

      On July 9, 2009 this Court issued an order requiring a telephonic pretrial conference be held on July 14, 2009 at 1:30 p.m. (doc. 104).  On July 13, 2009, a Notice of Settlement was filed by Plaintiff (doc. 105).  On July 14, 2009, the Court received a telephone message from Defendants' counsel stating that the matter had settled and asking for clarification as to whether the telephonic pretrial conference need be held.

      In the interest of judicial economy, **IT IS HEREBY ORDERED** that the order requiring a telephonic pretrial conference (doc. 104) is VACATED.

/////

DATED: July 14, 2009

                           /s/ Arthur L. Alarcón
                           UNITED STATES CIRCUIT JUDGE
                           Sitting by Designation