IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SWYGERT,

      Plaintiff,                    No. CIV S-06-725 ALA

    vs.

MARTIN VEAL, et al.,

      Defendants.               <u>ORDER</u>

_____/

        The court has been advised that this matter has settled. Dispositional documents shall be filed within one hundred twenty (120) days.

        All hearing dates currently set in this matter are hereby vacated.

        Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

DATED: July 31, 2009.

                                                /s/ [signature]
                                               U.S. MAGISTRATE JUDGE

006
swygert.dispo

1