IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SWYGERT,

      Plaintiff,                     No. CIV S-06-0725 ALA P

     vs.

MARTIN VEAL, et al.,

      Defendants.             <u>ORDER</u>

_____/

      By order filed July 31, 2009, the parties were directed to file dispositional documents within one hundred twenty (120) days. On December 3, 2009, defendants filed a request for extension of time. Plaintiff has not filed a response to defendants' request.

      Good cause appearing, IT IS HEREBY ORDERED that, within ten days of the date of this order, plaintiff shall notify the court of his position with respect to the request for extension of time. Failure to respond to this order will be deemed as a statement of non-opposition.

DATED: December 7, 2009.

_____
U.S. MAGISTRATE JUDGE

1